**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-cr-0023-GWF-GWF |
| vs. ) | |
| ) | **ORDER** |
| THOMAS CHAVEZ, ) | Vacating Prior Order (#10) |
| Defendant. ) | |

On January 24, 2011, the undersigned magistrate judge issued an order on the parties' Stipulation and Proposed Order to Modify Conditions of Release (#7). (*See* #10). As the stipulation (#7) is currently scheduled for a hearing before Magistrate Judge Lawrence R. Leavitt, the Court will vacate its prior order. Accordingly,

**IT IS HEREBY ORDERED** that the Court's January 24, 2011 order on the parties' stipulation (#10) is **vacated**.

DATED this 24th day of January, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**